IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL PARKER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-252-TFM-C |
| GUY NOE, | ) ) ) |
| Respondent. | ) |

## **MEMORANDUM OPINION AND ORDER**

On June 3, 2019, the Magistrate Judge entered a Report and Recommendation which recommends this action be dismissed as moot. *See* Doc. 25. Petitioner timely objected to the Report and Recommendation. *See* Doc. 26. Petitioner objects with essentially the same information contained in his notice previously discussing his desire to continue with the lawsuit though he had been released from custody. *See* Doc. 23. As discussed in the Report and Recommendation, Parker's belief that the named individuals committed some crimes or wrongs against him is insufficient to continue with an action under 28 U.S.C. § 2254. Therefore, Petitioner's objection is **OVERRULED**.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. This petition is **DENIED as moot**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 23rd day of July 2019.

                                             /s/Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES DISTRICT JUDGE