IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL PARKER, | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-252-TFM-C |
| GUY NOE, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent Guy Noe and against Petitioner Darrell Parker such that this action under 28 U.S.C. § 2254 is **DISMISSED as moot**. Further, the Court determines that Parker is not entitled to either a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 23rd day of July, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE